IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 21- |
| v. | : | DATE FILED: <u>February 9, 2021</u> |
| LEONARD BROWN | : | VIOLATION:<br>18 U.S.C. § 922(g)(1) (possession of a firearm by a felon - 1 count)<br>Notice of forfeiture |

## INDICTMENT

## COUNT ONE

**THE GRAND JURY CHARGES THAT:**

On or about August 5, 2020, in Philadelphia, in the Eastern District of Pennsylvania, defendant

**LEONARD BROWN,**

knowing he had previously been convicted in a court of the Commonwealth of Pennsylvania of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm, that is, a Smith & Wesson, Model 38 Bodyguard, .38 caliber revolver, bearing serial number RBG0271, loaded with four live rounds of .38 caliber ammunition, and the firearm was in and affecting interstate commerce.

In violation of Title 18, United States Code, Section 922(g)(1).

## NOTICE OF FORFEITURE

**THE GRAND JURY FURTHER CHARGES THAT:**

As a result of the violation of Title 18, United States Code, Section 922(g)(1), as set forth in this indictment, defendant

**LEONARD BROWN**

shall forfeit to the United States of America the firearm and ammunition involved in the commission of such offense, including, but not limited to:

1. A Smith and Wesson, Model 38 Bodyguard, .38 caliber revolver, bearing serial number RBG0271; and,

2. Four live rounds of .38 caliber ammunition.

All pursuant to Title 28, United States Code, Section 2461(c), and Title 18, United States Code, Section 924(d).

**A TRUE BILL:**

_____
**GRAND JURY FOREPERSON**

_(signature)_
**JENNIFER ARBITTIER WILLIAMS**
**Acting United States Attorney**

No. _ _ _ _ _ _ _ _

**UNITED STATES DISTRICT COURT**

Eastern District of Pennsylvania

<u>Criminal Division</u>

THE UNITED STATES OF AMERICA

v.

LEONARD BROWN

INDICTMENT

Counts
18 U.S.C. § 922(g)(1) (possession of a firearm by a felon—1 count)
Notice of forfeiture



Filed in open court this _____ day,
Of _____ A.D. 20 _____

_____
Clerk

Bail, $ _____